IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01586-RPM

DOWNTOWN ASPEN INVESTMENTS, LLC,

    Plaintiff,

v.

EDWARD G. DINGILIAN,

    Defendant.

_____

ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR FILING ANSWER
_____

    On August 4, 2010, the Clerk entered default of the defendant, based on service made on July 10, 2010. On August 5, 2010, the defendant, through his counsel Peter W. Thomas, filed a motion to set aside the entry of default and tendered an answer. The plaintiff filed opposition on August 9, 2010. It is now

    ORDERED that the Clerk's entry of default is vacated and the answer tendered on August 5, 2010, is filed as a timely answer. The plaintiff's request for a bond is denied.

    DATED: August 11th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge