IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01586-RPM

DOWNTOWN ASPEN INVESTMENTS, LLC,

    Plaintiff,

v.

EDWARD G. DINGILIAN,

    Defendant.

---

## STAY ORDER

---

    Upon consideration of the relationship between this civil action and litigation that is on going in the District Court in Pitkin County, Colorado and upon the conclusion that the actions of the Receiver in that case and the foreclosure proceedings will substantially affect the issues in this case, it is now

    ORDERED that this civil action is stayed until further order of Court and that a status report will be filed in this case on or before January 15, 2011.

    DATED: October 15th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge