IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01586-RPM

DOWNTOWN ASPEN INVESTMENTS, LLC, a Colorado limited liability company,

    Plaintiff

v.

EDWARD G. DINGILIAN, an individual,

    Defendant

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE**
_____

    Pursuant to the Stipulation of Dismissal Without Prejudice ("Stipulation"), filed January 24, 2011, pursuant to F.R.C.P. 41(a)(1)(ii), it is

    ORDERED that this case is dismissed without prejudice as of the date the Stipulation was filed. Each party is to bear their own fees, costs, and expenses.

    DATED this 24th day of January 2011.

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge